1  Marc V. Kalagian
   Attorney at Law: 149034
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-5491
   E-mail _steven_rohlfing.office@speakeasy.net
5
   Attorneys for Plaintiff  MARY ANN SALMON

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| MARY ANN SALMON, | Case No.:  CV 10-03636 LHK |
| Plaintiff, | STIPULATION TO EXTEND BRIEFING SCHEDULE |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Plaintiff Mary Ann Salmon ("Plaintiff") and defendant Michael Astrue, Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Motion for Summary Judgment to February 16, 2011; and that Defendant shall have until March 18, 2011, to file his opposition, if any is forthcoming.  Any reply by plaintiff will be due April 1, 2011.

An extension of time is needed to properly address the issues.  Counsel for plaintiff sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

DATE: January 13, 2011        Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Marc V. Kalagian*

BY: _____
Marc V. Kalagian
Attorney for plaintiff MARY ANN SALMON

DATED:  January 13, 2011       MELINDA HAAG
United States Attorney


*/S/- *Jacqueline A. Forslund*

_____
Jacqueline A. Forslund
Special Assistant United States Attorney
Attorney for Defendant
[*Via email authorization]

1     IT IS HEREBY ORDERED that plaintiff may have an extension of time, to
2 and including February 16, 2011, in which to file Plaintiff's Opening Brief;
3 Defendant may have an extension of time to March 18, 2011 to consider the
4 contentions raised in Plaintiff's Opening Brief, and file any opposition if
5 necessary. Any reply by plaintiff will be due April 1, 2011.
6     IT IS SO ORDERED.
7 DATE:   January 21, 2011

                                *Lucy H. Koh*
                        _____
                        THE HONORABLE LUCY H. KOH
                        UNITED STATES MAGISTRATE JUDGE