MELINDA L. HAAG, CSBN 132612
United States Attorney
LUCILLE GONZALES MEIS, SBN CO 15153
Regional Chief Counsel, Region IX
Social Security Administration
JACQUELINE A. FORSLUND, CSBN 154575
Special Assistant United States Attorney
       333 Market Street, Suite 1500
       San Francisco, California 94105
       Telephone:  (415) 977-8932
       Facsimile:  (415) 744-0134
       E-Mail: Jacqueline A. Forslund@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY ANN SALMON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> Commissioner of ) <br> Social Security, ) <br> ) <br> Defendant. ) <br> _____ ) | CIVIL NO. 010CV-03636 LHK <br><br> STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME |

    The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a first extension of time of 30 days to respond to Plaintiff's motion for summary judgment, to allow for Defendant's further review of the case in light of the arguments for remand presented in Plaintiff's motion.  The undersigned counsel for Defendant needs the extra time because she has been ill.  The current due date is March 18, 2011.  The new due date will be April 19, 2011.

1   The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                                   Respectfully submitted,

                                                   LAW OFFICES OF LARRY D. ROHLFING

Dated: March 18, 2011                    /s/ *Lawrence D. Rohlfing*  
                                                   (As authorized via email)  
                                                   LAWRENCE D. ROHLFING  
                                                   Attorney for Plaintiff

Dated: March 18, 2011

                                                 United States Attorney  
                                                 LUCILLE GONZALES MEIS  
                                                 Regional Chief Counsel, Region IX  
                                                 Social Security Administration

                                                 /s/ *Jacqueline A. Forslund*  
                                                 JACQUELINE A. FORSLUND  
                                                 Special Assistant U.S. Attorney

                                               Attorneys for Defendant

                                               <u>ORDER</u>

APPROVED AND SO ORDERED.

DATED:   March 21, 2011                *Lucy H. Koh*  
                                               LUCY H. KOH  
                                               UNITED STATES MAGISTRATE JUDGE